```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ASHISH AURORA,                                                   :
                                                                 :
                        Plaintiff,                               :
                                                                 :      25 Civ. 4041 (JPC)
            -v-                                                  :
                                                                 :      ORDER OF SERVICE
STANDARD CHARTERED BANK and MEERAN                               :
SYED ABDUL WAHAB,                                                :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff, who is proceeding *pro se*, has paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses for Defendants Standard Chartered Bank and Meeran Syed Abdul Wahab. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons.[1] If Plaintiff has not served each Defendant with the summons and complaint or requested an extension of time to do so by 90 days after the issuance of the summons, the Court may dismiss the claims against that Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated: June 11, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiffs filed the complaint because they had not paid the filing fees. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.