**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ASHISH ARORA,

                        Plaintiff,                          **ORDER**

            -against-                     **25-CV-4041 (JPC) (JW)**

STANDARD CHARTERED BANK and
MEERAN SYED ABDUL WAHAB,

                        Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Plaintiff filed his complaint on May 11, 2025 and had until August 11, 2025—90 days after filing his complaint—to serve Defendants. See Dkt. No. 1. The Court sees no proof of service on the docket. As such, the Court orders that Plaintiff serves Defendants by **November 14, 2025**. Plaintiff is warned that failure to serve Defendants will result in dismissal of the action without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure. See Fed. R. Civ. P 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

      SO ORDERED.

DATED:    New York, New York
              October 22, 2025

                                                      _Jennifer E. Willis_
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge