AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **25cv4041**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Standard Chartered Bank**
was recieved by me on  **10/25/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Vincenza Cipriano (Intake Specialist)**, who is designated by law to accept service of process on behalf of **Standard Chartered Bank** at **28 Liberty Street, New York, NY 10005** on **10/28/2025 at 10:34 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  10/29/2025

_____
*Server's signature*

**Islam G Alaaeldin**
*Printed name and title*

**1956 64th st
2f
brooklyn, NY 11204**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; DISMISSAL AND NOTICE OF RIGHTS; INFORMATION RELATED TO FILING SUIT  UNDER THE LAWS ENFORCED BY THE EEOC,  to Vincenza Cipriano (Intake Specialist) who identified themselves as the person authorized to accept. The individual appeared to be a black-haired Hispanic female contact over 65 years of age, under 5' tall and weighing 80-120 lbs with glasses, piercings and an accent.**





Tracking #: **0192810293**