**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ASHISH ARORA,

<table>
<tr><td>Plaintiff,</td><td><b><u>ORDER</u></b></td></tr>
<tr><td>-against-</td><td><b>25-CV-4041 (JPC) (JW)</b></td></tr>
</table>

STANDARD CHARTERED BANK and
MEERAN SYED ABDUL WAHAB,

                              Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

Due to a scheduling conflict, the Initial Case Management Conference scheduled for 11:30 AM on January 6, 2026 is adjourned to **1:00 PM on January 6, 2026**. The parties are directed to call the Court's telephone conference line at the scheduled time. **Please dial +1 646-453-4442 and enter passcode 470604693#.**

SO ORDERED.

DATED:    New York, New York
          December 29, 2025

                                              _Jennifer E. Willis_
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge