UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASHISH ARORA,

                    Plaintiff,

         -against-

STANDARD CHARTERED BANK and
MEERAN SYED ABDUL WAHAB,

                   Defendant.
-------------------------------------------------------------------X

                         **ORDER**

              **25-CV-4041 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties appeared for an Initial Case Management Conference via telephone on January 6, 2026.

The Court sets the following discovery schedule:

- All discovery must be completed by **July 13, 2026**;

- Neither party may take more than **five** depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

- Rule 26(a)(1) initial disclosures shall be served by **January 27, 2026;**

- Initial Requests for Documents must be made by **February 20, 2026**. Responses and objections will be due 30 days thereafter.

- Documents from third-parties will be required. Subpoenas requesting Documents from third-parties must be served by **March 20, 2026**. Documents obtained from third-parties must be provided to all parties in this matter.

The Court also orders the following:

- Whether Plaintiff's deposition can be remote is held **IN ABEYANCE**. Plaintiff notified the Court that he is not currently living in the United States, and may not return before the completion of discovery.  As such, the parties are ordered to meet and confer, and Plaintiff must disclose where he is currently living.  Defendants are then ordered to research the potential ramifications of Plaintiff being out of the country during the discovery period.  Defendants are directed to file a letter updating the Court regarding this issue by **January 23, 2026.**

- The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to Plaintiff in connection with court procedures.  Further, the Court cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (pro_se_filing@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

SO ORDERED.

DATED:     New York, New York
           January 7, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2