**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ASHISH ARORA,

                                Plaintiff,                                    **ORDER**

                    -against-                                    **25-CV-4041 (JPC) (JW)**

STANDARD CHARTERED BANK and
MEERAN SYED ABDUL WAHAB,

                                Defendants.
----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

        The Court is in receipt of Defendant's letter motion at Dkt. No. 25.  Plaintiff

is directed to respond with his position by **February 6, 2026**.  Plaintiff's letter

response shall be no longer than three single-spaced pages.

SO ORDERED.

DATED:      New York, New York
            January 28, 2026

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge