UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ASHISH ARORA,

                                    Plaintiff,                                    **ORDER**

                        -against-                                    **25-CV-4041 (JPC) (JW)**

STANDARD CHARTERED BANK and
MEERAN SYED ABDUL WAHAB,

                                    Defendants.
-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of Defendant's response at Dkt. No. 30 requesting that

Plaintiff be ordered to appear for an in-person deposition in Mexico City if the Court

is not inclined to compel Plaintiff to travel to the United States for his deposition.

Defendant is directed to provide a letter containing authority regarding

whether international law or Mexican law might prevent a deposition of Plaintiff in

Mexico City, or whether there are any other ramifications of deposing Plaintiff

outside of the United States.  Defendants shall file their response by **February 19,**

**2026**.

SO ORDERED.

DATED:        New York, New York
                    February 12, 2026

                                                                _Jennifer E. Willis_
                                                                JENNIFER E. WILLIS
                                                                United States Magistrate Judge