**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ASHISH ARORA,

                                        Plaintiff,                                **ORDER**

              -against-                                        **25-CV-4041 (JPC) (JW)**

STANDARD CHARTERED BANK and
MEERAN SYED ABDUL WAHAB,

                                        Defendants.
-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

         The Court is in receipt of Defendant's letter motion at Dkt. No. 41.  Plaintiff is

directed to provide a response with his position by **May 14, 2026**.

         In the future, Plaintiff is expected to submit any responses to Defendants'

letter motions **within three business days after submission of the letter**

**motion**.  See Willis Individual Practices in Civil Cases § II.A.  Plaintiff is encouraged

to   review   this   Court's   individual   rules,   which   can   be   found   here:

https://www.nysd.uscourts.gov/hon-jennifer-e-willis.

         SO ORDERED.

DATED:      New York, New York
            May 11, 2026

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge