**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ASHISH ARORA,

Plaintiff,

-against-

STANDARD CHARTERED BANK and
MEERAN SYED ABDUL WAHAB,

Defendants.
----------------------------------------------------------------

**ORDER**

**25-CV-4041 (JPC) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

On July 24, 2026, the parties notified the Court that they have reached an agreement in principle to resolve the instant matter. The parties are to provide a joint letter on settlement status by **October 13, 2026**.

SO ORDERED.

DATED: New York, New York
October 5, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge